# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0149.  RICHARD KAY v. THE STATE.**

Richard Kay was found guilty of child molestation, and his conviction was affirmed on appeal.  See *Kay v. State*, 306 Ga. App. 666 (703 SE2d 108) (2010). Kay subsequently filed a motion in arrest of judgment, which the trial court denied. Kay filed this application for discretionary review seeking to appeal the trial court's order. Kay included a copy of the order, but it was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).

Without the stamped "filed" copy of the order, we cannot ascertain if the application was filed within 30 days, which is a jurisdictional requirement.[1] See OCGA § 5-6-35 (d); *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Accordingly, on November 26, 2013, we ordered Kay to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We provided that failure to comply with this directive would result in dismissal of the application. Kay has not submitted a stamped "filed" copy of the order, and more than ten days have passed since the November 26, 2013 order.  Accordingly, Kay's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_                , *Clerk.*

---

[1] Although the order did not contain a stamped "filed" date, the order was signed by the judge on October 10, 2013.  Unless the entry of the order was delayed by more than 10 days, the November 20, 2013 application for discretionary appeal would be untimely.